AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

E-filing

— DEFENDANT - U.S. —
▶ VALERIAN DOBRE

FILED
AUG 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
**CR 07 - 0560**

JSW

— DEFENDANT —
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)

United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70450

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution
San Quentin

Has detainer been filed?  ☑ Yes  ☐ No } If "Yes" give date filed  7/29/2007
Month/Day/Year

DATE OF ARREST ▶ 7/28/2007

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
TAMARA WEBER, SAUSA

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August 31, 2007/9:30 a.m.
Before Judge: Magistrate Judge Joseph Spero

Comments:



## VALERIAN DOBRE
## PENALTY SHEET

**Count One: Title 18, United States Code, Section 371 - Conspiracy**
Maximum Penalties: (Class D Felony)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**Counts Two through Twelve: Title 18, United States Code, Section 1344 - Bank Fraud**
Maximum Penalties: (Class B Felony)
30 years imprisonment
$1 million fine
5 years supervised release
$100 special assessment

**Count Thirteen: Title 18, United States Code, Section 1029(a)(5) and Title 18, United States Code, Section 2 - Effecting Transactions with an Access Device and Aiding and Abetting**
Maximum Penalties: (Class C Felony)
15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

SEE ATTACHMENT

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  TAMARA WEBER, SAUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ COSTEL FARMAZON

DISTRICT COURT NUMBER
CR 07 0560

JSW

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
San Quentin

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## COSTEL FARMAZON
## PENALTY SHEET

**Count One: Title 18, United States Code, Section 371 - Conspiracy**
Maximum Penalties: (Class D Felony)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**Counts Two through Twelve: Title 18, United States Code, Section 1344 - Bank Fraud**
Maximum Penalties: (Class B Felony)
30 years imprisonment
$1 million fine
5 years supervised release
$100 special assessment

**Count Thirteen: Title 18, United States Code, Section 1029(a)(5) and Title 18, United States Code, Section 2 - Effecting Transactions with an Access Device and Aiding and Abetting**
Maximum Penalties: (Class C Felony)
15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

VALERIAN DOBRE and COSTEL FARMAZON

E-filing

# CR 07    0560

**JSW**

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 371 - Conspiracy; 18 U.S.C. § 1344 - Bank Fraud; 18 U.S.C. § 1029 (a)(5) - Effecting Transactions with an Access Device; 18 U.S.C. § 2 - Aiding and Abetting

FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

A true bill.

_____
Foreman

Filed in open court this 28th day of
Aug 2007

Karen L. Hom
_____
JOSEPH C. SPERO              Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

Δ Dobre → no process
Δ Farmazon → no bail arrest warrant.

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 0560 JSW |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 371 - Conspiracy; 18 U.S.C. § |
| v. | ) | 1344 - Bank Fraud; 18 U.S.C. § 1029(a)(5) - |
| | ) | Effecting Transactions with an Access |
| | ) | Device; 18 U.S.C. § 2 - Aiding and |
| VALERIAN DOBRE, and | ) | Abetting. |
| COSTEL FARMAZON, | ) | |
| | ) | SAN FRANCISCO VENUE |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1. Citibank was a "financial institution" within the meaning of 18 U.S.C. §20(1). At all times, Citibank's deposits were insured by the Federal Deposit Insurance Corporation.

2. Citibank bank account numbers, automated teller machine ("ATM") numbers, and personal identification numbers ("PIN") were "access devices" within the meaning of 18 U.S.C. § 1029(e)(1).

//

INDICTMENT                                    -1-

-2-

COUNT ONE: (18 U.S.C. § 371- Conspiracy)

3. From a date unknown, but no later than in or around May 2007, through on a date unknown, but no earlier than on or about July 28, 2007, in the Northern District of California and elsewhere, the defendants,

VALERIAN DOBRE, and<br>COSTEL FARMAZON,

and others, conspired to commit an offense against the United States, specifically, Bank Fraud, in violation of Title 18, United States Code, Section 1344; and Effecting Transactions with an Access Device, in violation of Title 18, United States Code, Section 1029(a)(5).

The Scheme to Defraud

4. Between a date unknown, but no later than in or around May 2007, and through a date unknown, but no earlier than on or about July 28, 2007, the defendants did knowingly and intentionally execute a material scheme and artifice to defraud a financial institution and to obtain monies and funds owned by and under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations, and promises were materially false when made.

5. It was part of the scheme and artifice to defraud that the defendants knowingly and with intent to defraud effected transactions with one or more access devices issued to another person or persons, to receive payment or any other thing of value during a one year period, the aggregate value of which was equal to or greater than $1000.

6. In or around July 2007, DOBRE, FARMAZON, and/or others obtained Citibank ATM card numbers, account numbers, and PINs without authorization.

7. In or around July 2007, DOBRE, FARMAZON, and/or others obtained money under the custody and control of Citibank, under the fraudulent pretenses of using these ATM card numbers and pin numbers belonging to other persons, knowing that such access devices belonged to other persons.

Overt Acts

8. In furtherance of the conspiracy and to accomplish the objects thereof, DOBRE

INDICTMENT                               -2-

1  and FARMAZON committed and caused to be committed at least one of the following overt acts,
2  among others, in the Northern District of California, and elsewhere;
3      8.    On or about May 29, 2007, DOBRE entered into the United States pursuant to a
4  B2 Business Visa, telling a Customs and Boarder Protections Service (CBP)/Immigration and
5  Customs Enforcement (ICE) inspector that the reason he was in the United States was to
6  purchase a "Hummer" automobile and export it to Spain.
7      9.    On or about July 21, 2007, at or about 7:16 p.m., DOBRE used ATM card number
8  XXXXXXXXXXX74536 and the corresponding PIN number, both issued to another person, to
9  withdraw $1,000 from Citibank ATM machine number FC 732, located at 8485 Wilshire
10 Boulevard in Los Angeles, California, knowing that these access devices were issued to another
11 person and that he did not have authority to use such access devices.
12     10.    On or about July 27, 2007, at or about 3:04 p.m., FARMAZON used ATM card
13 number XXXXXXXXXXX76151 and the corresponding PIN number, both issued to another
14 person, to withdraw $6,000 from Citibank ATM machine number FC 41, located at 4455 Geary
15 Street in San Francisco, California, knowing that these access devices were issued to another
16 person and that he did not have authority to use such access devices.
17     11.    On or about July 27, 2007, at or about 4:11 p.m., DOBRE used ATM card number
18 XXXXXXXXXXX67049 and the corresponding PIN number, both issued to another person, to
19 withdraw $4,000 from Citibank ATM machine number FC 948, located at 2499 Ocean Avenue
20 in San Francisco, California, knowing that these access devices were issued to another person
21 and that he did not have authority to use such access devices.
22     12.    On or about July 27, 2007, at or about 5:11 p.m., FARMAZON used ATM card
23 number XXXXXXXXXXX38192 and the corresponding PIN number, both issued to another
24 person, to withdraw $2,000 from Citibank ATM machine number FC 963, located at 6100 Geary
25 Boulevard in San Francisco, California, knowing that these access devices were issued to another
26 person and that he did not have authority to use such access devices.
27     13.    On or about July 27, 2007, at or about 5:30 p.m., FARMAZON used ATM card
28 number XXXXXXXXXXX68837 and the corresponding PIN number, both issued to another

INDICTMENT     -3-

person, to withdraw $2,000 from Citibank ATM machine number FC 912, located at 701 Irving Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

14. On or about July 27, 2007, at or about 6:34 p.m., DOBRE used ATM card number XXXXXXXXXXX93167 and the corresponding PIN number, both issued to another person, to withdraw $440 from Citibank ATM machine number FC 905, located at 1399 Post Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

15. On or about July 27, 2007, at or about 7:04 p.m., FARMAZON used ATM card number XXXXXXXXXXX02753 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 941, located at 1900 Noriega Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

16. On or about July 27, 2007, at or about 7:14 p.m., DOBRE used ATM card number XXXXXXXXXXX10107 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 334, located at 2400 19th Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

17. On or about July 27, 2007, at or about 8:14 p.m., FARMAZON used ATM card number XXXXXXXXXXX02445 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 378, located at 2000 Irving Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

18. On or about July 27, 2007, at or about 8:22 p.m., DOBRE used ATM card number XXXXXXXXXXX78568 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 388, located at 130 West Portal in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

19. On or about July 27, 2007, at or about 8:43 p.m., FARMAZON used ATM card number XXXXXXXXXX68074 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 51, located at 4638 Mission Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

20. On or about July 28, 2007, at or about 8:28 a.m., FARMAZON used ATM card number XXXXXXXXXX23925 and the corresponding PIN number, both issued to another person, to withdraw $1,000 from Citibank ATM machine number FC 306, located at 3296 Sacramento Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

21. On or about July 28, 2007, at or about 9:10 a.m., FARMAZON used ATM card number XXXXXXXXXX36265 and the corresponding PIN number, both issued to another person, to withdraw $1,000 from Citibank ATM machine number FC 5, located at 1801 Van Ness Avenue in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

22. On or about July 28, 2007, at or about 2:14 p.m., DOBRE used ATM card number XXXXXXXXXX01652 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 904, located at 99 Post Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

23. On or about July 28, 2007, at or about 4:36 p.m., DOBRE, FARMAZON, and/or others used ATM card number XXXXXXXXXX13692 and the corresponding PIN number, both issued to another person, to withdraw $1,000 from Citibank ATM machine number FC 398, located at 590 Market Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

24. On or about July 28, 2007, at or about 5:26 p.m., DOBRE used ATM card number XXXXXXXXXX66056 and the corresponding PIN number, both issued to another person, to withdraw $1,000 from Citibank ATM machine number FC 303, located at 264 California Street

INDICTMENT                              -5-

in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

25. On or about July 28, 2007, at or about 6:29 p.m., FARMAZON used ATM card number XXXXXXXXXX35222 and the corresponding PIN number, both issued to another person, to withdraw $2,000 from Citibank ATM machine number FC 354, located at 245 Market Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

26. On or about July 28, 2007, at or about 7:27 p.m., FARMAZON used ATM card number XXXXXXXXXX50776 and the corresponding PIN number, both issued to another person, to withdraw $1,900 from Citibank ATM machine number FC 368, located at 451 Montgomery Street in San Francisco, California, knowing that these access devices were issued to another person and that he did not have authority to use such access devices.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO THROUGH TWELVE: (18 U.S.C. §§ 1344 (1), (2) and 18 U.S.C. § 2 - Bank Fraud and Aiding and Abetting)

27. Paragraphs 1-26 of the Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

28. On or about the following dates, in the Northern District of California and elsewhere, for the purpose of knowingly executing and attempting to execute a material scheme and artifice to defraud a financial institution, and for the purpose of obtaining moneys and funds owned by and under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations and promises, well knowing that the pretenses, representations and promises were materially false when made, the defendant,

VALERIAN DOBRE, and<br>COSTEL FARMAZON,

did knowingly make and cause to be made the following unauthorized ATM cash withdrawals:

//
//
//

INDICTMENT                                      -6-

| Count | Date | Withdrawal Amount | Last 5 Digits Card Number | ATM Machine/branch | Person Making Withdrawal |
|---|---|---|---|---|---|
| 2 | 7/27/07 | $4,000 | 67049 | FC 948, 2499 Ocean Avenue, San Francisco, California | Dobre |
| 3 | 7/27/07 | $440 | 93167 | FC 905, 1399 Post Street, San Francisco, California | Dobre |
| 4 | 7/27/07 | $2,000 | 10107 | FC 334, 2400 19th Street, San Francisco, California | Dobre |
| 5 | 7/27/07 | $2,000 | 78568 | FC 388, 130 West Portal, San Francisco, California | Dobre |
| 6 | 7/28/07 | $1,000 | 23925 | FC 306, 3296 Sacramento Street, San Francisco, California | Farmazon |
| 7 | 7/28/07 | $1,000 | 36265 | FC 5, 1801 Van Ness Avenue, San Francisco, California | Farmazon |
| 8 | 7/28/07 | $2,000 | 01652 | FC 904, 99 Post Street, San Francisco, California | Dobre |
| 9 | 7/28/07 | $1,000 | 13692 | FC 398, 590 Market Street, San Francisco, California | Unknown |
| 10 | 7/28/07 | $1,000 | 66056 | FC 303, 264 California Street, San Francisco, California | Dobre |
| 11 | 7/28/07 | $2,000 | 35222 | FC 354, 245 Market Street, San Francisco, California | Farmazon |
| 12 | 7/28/07 | $1,900 | 50776 | FC 368, 451 Montgomery Street, San Francisco, California | Farmazon |

INDICTMENT

All in violation of Title 18, United States Code, Sections 1344(1) and (2) and 2.

COUNT THIRTEEN: (18 U.S.C. §§ 1029(a)(5) and 2 - Effecting Transactions with an Access Device and Aiding and Abetting)

29. Paragraphs 1-26 of the Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

30. From on or about July 27, 2007, through on or about July 28, 2007, in the Northern District of California, the defendants,

> VALERIAN DOBRE, and
> COSTEL FARMAZON,

did knowingly and with intent to defraud effect transactions, in and affecting interstate and foreign commerce, with one or more access devices issued to another person or persons, to receive payment and any other thing of value during a one-year period, the aggregate value of which was equal to or greater than $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

COUNT FOURTEEN: (18 U.S.C. § 982 (a)(2) - Forfeiture)

31. The allegations contained in Paragraphs 1-26 of this Indictment are realleged as though fully set forth herein.

32. Upon a conviction for the conspiracy offense charged in Count One, bank fraud offenses charged in Counts Two through Twelve or the unauthorized use of an access offense charged in Count Thirteen, the defendants,

> VALERIAN DOBRE and
> COSTEL FARMAZON,

shall forfeit to the United States any and all property constituting, or derived from, proceeds they obtained directly and indirectly as the result of the above-described offenses, pursuant to Title 18, United States Code, Section 982 (a)(2).

//
//
//
//

INDICTMENT                                    -8-

| | |
|---|---|
| DATED:<br><br>08/28/07 | A TRUE BILL.<br><br>*[signature]*<br>FOREPERSON |

SCOTT N. SCHOOLS
United States Attorney

*[signature]*
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: *[signature]* Tamara Weber )
                                  SAUSA WEBER