SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    Facsimile: (415) 436-7234
    Email: tina.hua@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0560 JSW |
|     Plaintiff, ) | |
|   v. ) | **NOTICE OF ADDITION OF COUNSEL** |
| VALERIAN DOBRE; and COSTEL FARMAZON, ) | |
|     Defendants. ) | |

    The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney ("AUSA") Christina Hua is also assigned to this case. Accordingly, please have future ECF notices sent to AUSA Christina Hua at the email address of tina.hua@usdoj.gov. SAUSA Tamara Weber should remain on the list of

//

//

//

NOTICE OF ADDITION OF COUNSEL
[CR 07-0560] [JSW]

1  persons to be noticed.
2
3  DATED: September 6, 2007          Respectfully submitted,
4                                    SCOTT N. SCHOOLS
                                     United States Attorney
5
6
                                      /S/ Christina Hua
7                                    CHRISTINA HUA
                                     Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF ADDITION OF COUNSEL
[CR 07-0560] [JSW]